UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William H. Walls |
| v. | : | Crim. No. 13-096 |
| LINDA YARLEQUE and FABIO MORENO VARGAS | : | ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Rachael A. Honig, Assistant U.S. Attorney, appearing), defendant Linda Yarleque (Peter Willis, Esq., appearing), and defendant Fabio Moreno Vargas (Carol Gillen, Assistant Federal Public Defender, appearing) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendants being aware that they have the right to have the matter brought to trial within 70 days of the date of their appearances before a judicial officer of this court pursuant to Title 18, United States Code, Section 3161(c)(1), and the defendants having consented to such a continuance, and it appearing that the defendants waive such right, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1)  The discovery in this case involves a large quantity of financial records that defense counsel requires additional time to review;

(2) Taking into account the exercise of diligence, therefore, the facts of this case require that defense counsel be permitted a reasonable amount of additional time for effective preparation in this matter;

(3) Plea negotiations are currently in progress, and both the United States and the defendants desire additional time to negotiate plea agreements, which would render trial of this matter unnecessary;

(4) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this        day of July, 2013,

ORDERED that this action be, and hereby is, continued; and it is further

ORDERED that the trial in this matter shall be scheduled for October 15, 2013; and it is further

ORDERED that pretrial motions shall be filed no later than September 16, 2013; and it is further ^ with the government's reply due no later than October 7, 2013, and argument, if necessary, to be held on October 15, 2013,

ORDERED that the period of time from the date of this order through ___October 15, 2013___ shall be excludable in computing time under the Speedy Trial Act of 1974.


HON. WILLIAM H. WALLS
United States District Judge


Form and entry
consented to:


Rachael A. Honig
Assistant U.S. Attorney


Peter Willis, Esq.
Counsel for defendant Linda Yarleque


Carol Gillen
Assistant Federal Public Defender
Counsel for defendant Fabio Moreno Vargas