**FEDERAL PUBLIC DEFENDER**
**DISTRICT OF NEW JERSEY**

1002 BROAD STREET
NEWARK, NEW JERSEY 07102

**RICHARD COUGHLIN**
FEDERAL PUBLIC DEFENDER

**CHESTER M. KELLER**
FIRST ASSISTANT

(973) 645-6347 Telephone
(973) 645-3101 Facsimile
(973) 297-4807 Facsimile

September 13, 2013

Honorable William H. Walls
United States District Judge
Martin Luther King, Jr., Federal Bldg. & Courthouse
50 Walnut Street
Newark, New Jersey 07101

*[Handwritten notations: Loretta, inform parties Δ has until 16 Oct 2013. So Ordered. 17 Sept. Trial date: November 12, 20 @ 10:00 a.m.]*

   Re: <u>United States v. Fabio Vargas Moreno and Linda Yarleque</u>
      <u>Docket No. 13-00096</u>

Dear Judge Walls,

  Defense motions in this matter are currently due on Monday, September 16, 2013. Defense counsel requests a 30-day extension of time in which to file motions in this matter. Additional time is needed because of the voluminous discovery involved and counsel's simultaneous preparation for another trial.

  Additional time will also allow for an additional attorney from this office (First Asst. Chester M. Keller) to properly prepare and assist in the defense.

  Peter Willis, Esq. joins co-counsel in this request for an extension of time.

  Assistant United States Attorney Rachel Honig does not object to a 30-day adjournment in this matter.

  Your Honor's consideration of this request is much appreciated.

                Carol Gillen,
                Asst. Federal Public Defender

cc: Rachel Honig, A.U.S.A. (via e-mail)
   Peter Willis, Esq. (via e-mail)

800-840 Cooper Street, Ste. 350, Camden, New Jersey 08102 (856) 757-5341

22 South Clinton Avenue, Station Plaza #4, 4th Floor, Trenton, New Jersey 08609 (609) 989-2160